Abraham J. Colman (SBN 146933)
Email:   acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
Email:   fyu@reedsmith.com
Raagini Shah (SBN 268022)
Email:   rshah@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Gallup, Inc., a Delaware Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE C. MARR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GALLUP, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:13-CV-02465-WQH-WVG<br><br>**DEFENDANT GALLUP, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Compl. Filed:   October 11, 2013 |

**TO THE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for Defendant Gallup, Inc. ("Defendant") certifies that the following are corporate parents of Defendant or are publicly held companies owning ten percent (10%) or more of Defendant's stock:

None.

DATED: December 2, 2013

REED SMITH LLP

By: /s/ Felicia Y. Yu
Abraham J. Colman
Felicia Y. Yu
Raagini Shah
Attorneys for Defendants
Gallup, Inc., a Delaware Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
DEFENDANT GALLUP, INC.'S CORPORATE DISCLOSURE STATEMENT

# PROOF OF SERVICE

I, Candice A. Spoon, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071-1514. On December 2, 2013, I served the following document(s) by the method indicated below:

## DEFENDANT GALLUP, INC.'S CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| ☑ | **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.casd.uscourts.gov |
| ☐ | **BY FACSIMILE:** by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. |
| ☐ | **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☐ | **BY PERSONAL DELIVERY:** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | **BY OVERNIGHT:** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. |
| ☐ | **BY EMAIL:** by transmitting via email to the parties at the email addresses listed below: |

| | |
|---|---|
| Douglas J Campion<br>Law Offices of Douglas J Campion<br>409 Camino Del Rio South, Suite 303<br>San Diego, CA 92108-3507<br>Telephone: (619)299-2091<br>Facsimile: (619)858-0034<br>Email: doug@djcampion.com; | Attorneys for Plaintiff<br>*Laurie C. Marr, on behalf of herself and all others similarly situated* |
| E. Elliot Adler<br>402 W. Broadway<br>Suite 860<br>San Diego, CA 92101<br>Telephone: (619)531-8700<br>Facsimile: (619)342-9600<br>Email: elliotadler@gmail.com | Attorneys for Plaintiff<br>*Laurie C. Marr, on behalf of herself and all others similarly situated* |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 2, 2013, at Los Angeles, California.

_____
CANDICE A. SPOON

US_ACTIVE-115047455.1

– 2 –    Case No.: 3:13-cv-02465-WQH-WVG
PROOF OF SERVICE